PHILLIP A. TALBERT
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX RIVERA, | CASE NO. 2:23-CV-2576-JDP |
| Petitioner, | [PROPOSED] ORDER |
| v. | |
| WARDEN, FCI-HERLONG, | |
| Respondent. | |

On April 4, 2024, the Respondent's requested an extension of time to May 7, 2024, to file its response or motion to dismiss.

IT IS HEREBY ORDERED that the Respondent's request for an extension, ECF No. 9, is granted. The response is now due May 7, 2024.

IT IS SO ORDERED.

Dated:   April 15, 2024                          _____
                                                 JEREMY D. PETERSON
                                                 UNITED STATES MAGISTRATE JUDGE